# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135874

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALFONZO LEE NEWELL,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135874
COA: 282151
Wayne CC: 06-005228-FC

_____/

      On order of the Court, the application for leave to appeal the December 28, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

p0421

               Clerk